IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ADAM WADE CRUTCHLEY, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:10-CV-81 (HL) |
| KEVIN PURVIS, *et al.*, | : | |
| Defendant | : | **ORDER** |

On August 20, 2010, Plaintiff **ADAM WADE CRUTCHLEY**, an inmate at the Berrien County Jail in Nashville, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order dated August 24, 2010, the Court ordered plaintiff to submit a certified copy of his trust fund account. Plaintiff was given until September 13, 2010 to comply with this Order and informed that failure to comply would result in the dismissal of his complaint. Plaintiff failed to respond to the August 24, 2010 Order.

Additionally, the Court notes that mail sent to plaintiff has been returned as "undeliverable." Plaintiff has failed to keep the Court informed of his current address.

Because of his failure to comply with the Court's instructions and his failure to keep the Court informed of his current mailing address, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of September, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb