**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **ADAM WADE CRUTCHLEY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CASE NO. 7:10-CV-81 (HL) |
| | : | |
| **KEVIN PURVIS, et al,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 15) filed November 1, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were submitted within the time allowed..

**SO ORDERED,** this the 23rd day of March , 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**