IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ANDREW WADE CRUTCHLEY,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 7:10-cv-81 (HL) |
| : | |
| **SHERIFF ANTHONY HEATH, et al.,** : | |
| : | |
| Defendants. : | |

_____

## ORDER

The Court has reviewed and considered the Recommendation of the Magistrate Judge filed on October 17, 2011, and it is, hereby, approved, adopted, and made the Order of the Court.

The standard period of discovery is ninety days, calculated from the date the answer is filed. In this case, Defendants filed their Answer on October 18, 2011 (Doc. 41), and therefore, discovery is set to expire Monday, January 16, 2012.

**SO ORDERED**, this the 7th day of November, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

ebr